IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

FILED

AUG 13 2014

Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| Kimberly Listek, personal representative of the Estate of Michael Listek, deceased,<br><br>      Plaintiff,<br><br>vs.<br><br>O. Pete Council, MD,<br><br>      Defendant. | No. CV 12-53-BLG-SEH<br><br>**ORDER** |

The Court has been informed that this case has been settled.

ORDERED:

1.  The trial set for October 20, 2014, and all deadlines, are VACATED.

2.  The parties shall file a stipulation for dismissal and proposed order of dismissal within 30 days of the date of this Order.

DATED this 13th day of August, 2014.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge