**FILED**

SEP 11 2014

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| KIMBERLY LISTEK, PERSONAL REPRESENTATIVE OF THE ESTATE OF MICHAEL LISTEK, Deceased, | Cause No.: CV-12-53-BLG-SEH |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| O. PETE COUNCIL, M.D., | |
| Defendants. | |

Pursuant to the Stipulation for Dismissal With Prejudice of the parties on file, and for good cause;

IT IS ORDERED that the above-entitled cause of action is hereby dismissed with prejudice as having been fully settled on its merits, each side to bear their own costs and attorney's fees.

DATED this 11th day of September, 2014.

Sam E. Haddon
Hon. Sam E. Haddon
Judge of the U.S. District Court

1